IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02511-BNB

GENE JOHNSON,

    Plaintiff,

v.

MRS. DUBOIS (Judge),
EL PASO COUNTY JAIL, and
COLORADO SPRINGS POLICE,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 10 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Gene Johnson, currently is confined at the Colorado Mental Health Institute in Pueblo, Colorado. He attempted to initiate the instant action *pro se* by submitting a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, on December 3, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Johnson to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The December 3, 2007, order pointed out that Mr. Johnson failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that he failed to submit a Prisoner Complaint. The order warned Mr. Johnson that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On December 17, 2007, Mr. Johnson submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. However, he failed to submit a certified account statement for the six-month period immediate preceding this filing.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 notes this requirement. By failing to submit a certified copy of his trust fund account statement, Mr. Johnson has failed to cure all the deficiencies listed in the December 3, 2007, order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 9 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-02511-BNB

Gene Johnson
CMHIP
1600 West 24th Street (F-4)
Pueblo, CO 81003

   I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  1/10/08

                               GREGORY C. LANGHAM, CLERK

                               By: _____
                                        Deputy Clerk